

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2024

No. 04-24-00789-CR

**IN RE** Danny C. **ALLEN**, Relator

Original Proceeding[1]

### ORDER

On November 21, 2024, relator, Danny C. Allen, filed a petition for writ of mandamus and a document titled "Challenge for Cause Burden of Proof Insufficient of Evidence Misconduct," which contained a section titled "Challenge Unfair & Prejudicial Ineffective of Counsel Trial Proceedings Misconduct." On November 22, 2024, Allen also filed a document titled "Challenge Burden of Proof the Fifth Amendment Double Jeopardy Clause 357 Magnum." After considering the petition for writ of mandamus, this court concludes Allen is not entitled to the relief sought. Accordingly, Allen's petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). We take no action on the Challenges Allen filed.

It is so **ORDERED** on December 23, 2024.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2019CR6311, styled *State of Texas v. Danny Cejay Allen*, in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.